DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANDY BERNSTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SANDY RAY BERNSTINE,<br><br>          Defendant.<br>_____ | No. 2:07-cr-00362-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:  September 21, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert M. Twiss, acting for Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant SANDY RAY BERNSTINE, that the status conference scheduled for September 21, 2007, be vacated and the matter continued until September 28, 2007, for status conference.

This continuance is sought due to the unavailability of defense counsel who will be out of the state due to a family emergency.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from September 21, 2007, until September 28,

1  2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.
2       The court is advised that Robert M. Twiss, Mr
3
4  Date:   September 18, 2007          /s/ Robert M. Twiss
                                       ROBERT M. TWISS
5                                      Assistant United States Attorney
                                       Counsel for Plaintiff
6
7
8  Date:   September 18, 2007          DANIEL J. BRODERICK
                                       Federal Defender
9
10                                      /s/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
11                                     Assistant Federal Defender
                                       Counsel for Defendant
12                                     SANDY BERNSTINE
13
                              **O R D E R**
14
15      **IT IS SO ORDERED.**
16  September 27, 2007
17
18                          _____
                            GARLAND E. BURRELL, JR.
19                          United States District Judge

Stipulation and Order             -2-