```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SANDY BERNSTINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-00362-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| SANDY RAY BERNSTINE, | |
| Defendant. | Date: December 14, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert M. Twiss, acting for Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant SANDY RAY BERNSTINE, that the status conference scheduled for November 30, 2007, be vacated and the matter continued until December 14, 2007, for status conference.

This continuance is sought due to the unavailability of defense counsel who is in trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from November 30, 2007, until December 14, 2007,

1  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

4  Date:  November 29, 2007          /s/ Robert M. Twiss
                                     ROBERT M. TWISS
                                     Assistant United States Attorney
                                     Counsel for Plaintiff

8  Date:  November 29, 2007          DANIEL J. BRODERICK
                                     Federal Defender

                                      /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
                                     Counsel for Defendant
                                     SANDY BERNSTINE

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,
Dated:  December 3, 2007

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stipulation and Order              -2-