```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    SANDY BERNSTINE
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00362-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| SANDY RAY BERNSTINE, | ) |
| Defendant. | ) Date: December 21, 2007 |
|  | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Robert M. Twiss, acting for Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant SANDY RAY BERNSTINE, that the status conference scheduled for December 14, 2007, be vacated and the matter continued until December 21, 2007, for status conference.

This continuance is sought due to the unavailability of defense counsel who is in trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from December 14, 2007, until December 21, 2007,

1  pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

4  Date:   December 13, 2007          /s/ Robert M. Twiss
                                      ROBERT M. TWISS
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

8  Date:   December 13, 2007          DANIEL J. BRODERICK
                                      Federal Defender

                                       /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Counsel for Defendant
                                      SANDY BERNSTINE

**O R D E R**

   **IT IS SO ORDERED.**

Dated:   December 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                 -2-