```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SANDY BERNSTINE
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00362-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING CASE AND EXCLUDING |
| | ) | TIME |
| SANDY RAY BERNSTINE, | ) | |
| | ) | |
| Defendant. | ) | Date: December 21, 2007 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, acting for Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant SANDY RAY BERNSTINE, that the status conference scheduled for December 21, 2007, be vacated and the matter continued until January 11, 2008, for status conference.

This continuance is sought due to the unavailability of defense counsel who is in trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from December 21, 2007, until January 11, 2008,

pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

Date:  December 19, 2007          /s/ Carolyn Delaney
                                  CAROLYN DELANEY
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:  December 19, 2007          DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  SANDY BERNSTINE

**O R D E R**

**IT IS SO ORDERED.**

Dated:  December 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order            -2-