1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SANDY BERNSTINE
7

8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      )  No. 2:07-cr-00362-GEB
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND [PROPOSED] ORDER
14      v.                        )  CONTINUING CASE AND EXCLUDING
                                  )  TIME
15 SANDY RAY BERNSTINE,           )
                                  )
16              Defendant.        )  Date:  January 11, 2008
                                  )  Time:  9:00 a.m.
17 _____)  Judge: Hon. Garland E. Burrell, Jr.

18

19      **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal

21 Defender Jeffrey Staniels, counsel for defendant SANDY RAY BERNSTINE,

22 that the status conference scheduled for January 11, 2008, was vacated

23 at the request of the defense and the matter continued until February

24 8, 2008, for status conference. This continuance was sought to permit

25 consultation between counsel and by defense counsel with Mr. Bernstine

26 regarding resolution of the case.

27      **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28 Trial Act be excluded from January 11, 2008, until February 8, 2008

1   pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

2

3

4   Date:   January 14, 2007          /s/ Jason Hitt
                                       JASON HITT
5                                      Assistant United States Attorney
                                       Counsel for Plaintiff
6

7

8   Date:   January 14, 2008          DANIEL J. BRODERICK
                                       Federal Defender
9

10                                     /s/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
11                                     Assistant Federal Defender
                                       Counsel for Defendant
12                                     SANDY BERNSTINE

13                          **O R D E R**

14

15      **IT IS SO ORDERED.**

16                          By the Court,

17  Dated:   January 16, 2008

18

19                          _____
                            GARLAND E. BURRELL, JR.
20                          United States District Judge

21

22

23

24

25

26

27

28

    Stipulation and Order          -2-