1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SANDY BERNSTINE
7

8              IN THE UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,      ) No. 2:07-cr-00362-GEB
                                    )
13                 Plaintiff,       )
                                    ) STIPULATION AND [PROPOSED] ORDER
14       v.                         ) CONTINUING CASE AND EXCLUDING
                                    ) TIME
15  SANDY RAY BERNSTINE,            )
                                    )
16                 Defendant.       ) Date:  February 8, 2008
                                    ) Time:  9:00 a.m.
17  _____) Judge: Hon. Garland E. Burrell, Jr.

18

19       **IT IS HEREBY STIPULATED** by and between Assistant United States

20  Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal

21  Defender Jeffrey Staniels, counsel for defendant SANDY RAY BERNSTINE,

22  that the status conference scheduled for February 8, 2008, be vacated

23  at the request of the parties and the matter continued until February

24  29, 2008, for status conference. This continuance is sought to permit

25  receipt of specific further discovery pertinent to ongoing discussions

26  regarding resolution of the case

27       **IT IS FURTHER STIPULATED** that time for trial under the Speedy

28  Trial Act be excluded from February 8, 2008, until February 29, 2008,

1   pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

2

3

4   Date:  February 6, 2008          /s/ Jason Hitt
                                      JASON HITT
5                                     Assistant United States Attorney
                                      Counsel for Plaintiff
6

7

8   Date:  February 6, 2008          DANIEL J. BRODERICK
                                      Federal Defender
9

10                                    /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
11                                    Assistant Federal Defender
                                      Counsel for Defendant
12                                    SANDY BERNSTINE

13                             O R D E R

14

15      **IT IS SO ORDERED.**

16                    By the Court,

17

18  Date:  February 15, 2008
                                      GARLAND E. BURRELL, JR.
19                                    United States District Judge

20

21

22

23

24

25

26

27

28

Stipulation and Order          -2-