1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SANDY RAY BERNSTINE

**FILED**

FEB 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANDY RAY BERNSTINE, ) <br> ) <br> ) <br> Defendant. ) <br> ) | No. 2:07-cr-0362 GEB <br><br> **UNOPPOSED MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES;** [PROPOSED] **ORDER** <br><br> Judge: Kimberly J. Mueller <br> Date: February 26, 2008 <br> Time: 2:00 p.m. |

    The defendant, SANDY RAY BERNSTINE, hereby moves for an order granting his request for temporary release on Friday, February 29, 2008, from 8:30 a.m. to 4:30 p.m. to attend the funeral of his daughter, Damissha Bernstine. Mr. Bernstine is currently in custody at the Sacramento County Jail awaiting resolution of the above case; the matter is next scheduled for February 29, 2008, for status conference.

    Mr. Bernstine's daughter passed away on February 20, 2008. The funeral is scheduled for February 29, 2008, at 11:00 a.m. at the New St. James Missionary Baptist Church, 108 17th Street, Richmond, California.

    The government does not oppose this request so long as Mr. Bernstine is accompanied during the entire time of this temporary release by two investigators from the Federal Defender's Office. Therefore, the Office of the Federal Defender has arranged for investigator Henry Hawkins and one other investigator to accompany Mr. Bernstine. Mr. Hawkins was a police officer in Iowa for 16 years, retiring as a sergeant in 2001. Pursuant to discussions with the U.S. Marshal, Mr. Hawkins and another investigator will pick

up Mr. Bernstine at the U.S. Marshal's Office in the courthouse, transport him to the funeral service and return him to the U.S. Marshal's Office. Mr. Bernstine will remain in the custody of Mr. Hawkins and the other investigator during the entire time of his release. Mr. Hawkins and the other investigator will keep strict control over Mr. Bernstine at all times.

For the above reasons, the defendant respectfully requests that the Court allow this temporary release.

Dated: February 26, 2008

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
SANDY RAY BERNSTINE

DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANDY RAY BERNSTINE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0362 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER |
| SANDY RAY BERNSTINE, | ) |
| Defendant. | ) |

The request for temporary release from custody to permit Mr. Bernstine to attend the funeral of his daughter on February 29, 2008, subject to the arrangements set forth in the attached motion, is hereby GRANTED.

**IT IS SO ORDERED.**

By the Court,

Dated: February 26, 2008

Hon. Kimberly J. Mueller
U.S. Magistrate Judge

3