1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SANDY BERNSTINE
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      )  No. 2:07-cr-00362-GEB
                                  )
13                 Plaintiff,     )
                                  )  STIPULATION AND [PROPOSED] ORDER
14      v.                        )  CONTINUING SENTENCING DATE AND
                                  )  MODIFYING DISCLOSURE SCHEDULE
15 SANDY RAY BERNSTINE,           )
                                  )
16                 Defendant.     )  Date:  May 30, 2008
                                  )  Time:  9:00 a.m.
17 _____)  Judge: Hon. Garland E. Burrell, Jr.

18

19      **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal

21 Defender Jeffrey Staniels, counsel for defendant SANDY RAY BERNSTINE,

22 that the sentencing date scheduled for May 30, 2008, be vacated at the

23 request of the parties and be re-scheduled for July 11, 2008.  This

24 continuance is sought to permit investigation into aspects of a

25 particular prior conviction which may substantially affect the advisory

26 guideline range.

27      **IT IS FURTHER STIPULATED** that the schedule for disclosure of the

28 presentence report ("PSR") and objections thereto be modified and that

1  the following schedule be established:

2  Informal objections to be lodged not later than          **June 13, 2008**

3  Final PSR to be disclosed not later than                 **June 20, 2008**

4  Motions to Correct PSR to be filed not later than        **June 27, 2008**

5  Judgment and Sentencing                                  **July 11, 2008**

6

7  Date:  May 12, 2008              /s/ Jason Hitt
                                    JASON HITT
8                                   Assistant United States Attorney
                                    Counsel for Plaintiff
9

10

11 Date:  May 12, 2008             DANIEL J. BRODERICK
                                   Federal Defender
12

13                                  /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
14                                  Assistant Federal Defender
                                    Counsel for Defendant
15                                  SANDY BERNSTINE

16
                                  **O R D E R**
17

18      **IT IS SO ORDERED.**

19 Dated:  May 12, 2008

20

21 _____
   GARLAND E. BURRELL, JR.
22 United States District Judge

23

24

25

26

27

28

Stipulation and Order                -2-