1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SANDY RAY BERNSTINE
6



**FILED**

JUN - 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-0362 GEB |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL SERVICES; [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| SANDY RAY BERNSTINE, | ) | |
| | ) | Judge:  Kimberly J. Mueller |
| | ) | Date:   June 2, 2008 |
| Defendant. | ) | Time:   (In Chambers) |
| | ) | |

The defendant, SANDY RAY BERNSTINE, hereby moves for an order granting his request for temporary release on Tuesday, June 2, 2008, from approximately 8:30 a.m. to approximately 2:30 p.m. to attend the funeral of his daughter, Dominique Bernstine. Mr. Bernstine is currently in custody at the Nevada County Jail awaiting sentencing in the above case; the matter is next scheduled for July 11, 2008, for status conference.

Mr. Bernstine's daughter passed away on Wednesday, May 28 , 2008, of natural causes, apparently due to an infection which did not respond to treatment. The funeral is scheduled for Tuesday, June 3, 2008, at 11:00 a. m. at the New St. James Missionary Baptist Church, 108 17th Street, Richmond, California. Confirmation of this death has been received in the form of a letter to counsel from Cooley and Riolo Mortuary, Inc. in Vallejo, California, which is maintained in counsel's case file.

The government does not oppose this request so long as Mr. Bernstine is accompanied during the entire time of this temporary release by two investigators from the Federal Defender's Office. Therefore, the Office of the Federal Defender has arranged for Chief Investigator Philip Oliver and one other

investigator to accompany Mr. Bernstine to the funeral. Mr. Oliver's experience includes more than 13 years service as a law enforcement officer, having served as a police officer in Southern California and as federal narcotics agent, before serving as a federal defender investigator.

Pursuant to discussions with the U.S. Marshal, Mr. Oliver and another investigator will pick up Mr. Bernstine at the U.S. Marshal's Office in the courthouse, transport him to the funeral service and return him to the U.S. Marshal's Office immediately after the funeral. Mr. Bernstine will remain in the custody of Mr. Oliver and the other investigator during the entire time of his release. Mr. Oliver and the other investigator will keep strict control over Mr. Bernstine at all times.

This arrangement parallels that which was authorized by this court and successfully undertaken in February of this year when Mr. Bernstine was permitted to attend the funeral of another daughter, Dammisha, who died of natural causes on February 20, 2008.

For the above reasons, the defendant respectfully requests that the Court allow this temporary release.

Dated: June 2, 2008

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
SANDY RAY BERNSTINE

```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SANDY RAY BERNSTINE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANDY RAY BERNSTINE,<br><br>　　　　Defendant. | No. 2:07-cr-0362 GEB<br><br>[~~PROPOSED~~] ORDER |

The request for temporary release from custody to permit Mr. Bernstine to attend the funeral of his daughter on June 3, 2008, subject to the arrangements set forth in the attached motion, is hereby GRANTED. Because this motion and order contains information of prisoner movements, ~~Counsel~~ *the Clerk* is directed not to file this document until after Mr. Bernstine is returned to custody.

**IT IS SO ORDERED.**

By the Court,

Dated: June 2, 2008

Hon. Kimberly J. Mueller
U.S. Magistrate Judge

3