```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    SANDY BERNSTINE
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00362-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING SENTENCING DATE AND |
| | ) MODIFYING DISCLOSURE SCHEDULE |
| SANDY RAY BERNSTINE, | ) |
| Defendant. | ) Date: May 30, 2008 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant SANDY RAY BERNSTINE, that the sentencing date scheduled for July 11, 2008, remain as scheduled, but that the schedule for disclosure of the presentence report ("PSR") and objections thereto be modified and that the following schedule be established:

Final PSR to be disclosed not later than **June 27, 2008**

Motions to Correct PSR (none are expected to be filed) to be filed not later than **July 2, 2008**

| | |
|---|---|
| Judgment and Sentencing | **July 11, 2008** |

Date:  June 25, 2008              /s/ Jason Hitt
                                  JASON HITT
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:  June 25, 2008              DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  SANDY BERNSTINE

**O R D E R**

**IT IS SO ORDERED.**

            By the Court,

Dated:  June 30, 2008


                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge