| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Defendant |
| | SANDY RAY BERNSTINE |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 07-362 GEB |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| SANDY RAY BERNSTINE, | RETROACTIVE CRACK COCAINE REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable GARLAND E. BURRELL, Jr. |

Defendant, SANDY RAY BERNSTINE by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On July 11, 2008, this Court sentenced Mr. Bernstine to a term of 121 months imprisonment on each of Counts 4 and 5, to be served concurrently for a total term of 121 months;

3. His total offense level was 31, his criminal history category was II, and the resulting guideline range was 121 to 151 months;

4.    The sentencing range applicable to Mr. Bernstine was subsequently lowered by the United States Sentencing Commission in Amendment 750, made retroactive by Amendment 759 on June 30, 2011;

5.    Mr. Bernstine's total offense level has been reduced from 31 to 29, and his new resulting guideline range is 97 to 121 months; however, Mr. Bernstine is subject to a mandatory minimum sentence of 120 months; and,

6.    Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Bernstine's term of imprisonment to a term of 120 months.

Respectfully submitted,

Dated:  February 25, 2014                                  Dated:   February 25, 2014

BENJAMIN B. WAGNER                                  HEATHER E. WILLIAMS
United States Attorney                                         Federal Defender


 /s/ *Jason Hitt*                                                        /s/ *David M. Porter*
JASON HITT                                                       DAVID M. PORTER
Assistant U.S. Attorney                                       Assistant Federal Defender

Attorney for Plaintiff                                            Attorney for Defendant
UNITED STATES OF AMERICA                       SANDY RAY BERNSTINE

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Bernstine is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the total offense level from 31 to 29, resulting in a new guideline range of 97 to 121 months.  Mr. Bernstine is subject to a mandatory minimum sentence, however, of 120 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2008 is reduced to a term of 120 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Bernstine shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated:  February 26, 2014

```
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge
```