AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:07-cr-00362-GEB   Document 40   Filed 03/12/14   Page 1 of 2

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 2:07CR 00362 |
| SANDY RAY BERNSTINE ) | USM No: 17244-097 |
| ) | |
| Date of Original Judgment: 7/11/08 ) | |
| Date of Previous Amended Judgment: ) | David Porter |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **x** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ **DENIED.**   **X GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   121   months **is reduced to**   120   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   7/11/08   shall remain in effect.
**IT IS SO ORDERED.**

Dated: March 12, 2014

Order Date:   2/27/14

*Judge's signature*

Effective Date:   3/12/14       United States District Judge
*(if different from order date)*       *Printed name and title*